# Court of Appeals
# of the State of Georgia

ATLANTA,    May 20, 2013

*The Court of Appeals hereby passes the following order:*

**A13A0251. PNC MORTGAGE v. FREEDOM FINANCIAL MORTGAGE.**

This appeal was docketed on September 25, 2012, and in accordance with the docketing notice and Court of Appeals Rules 22 (a) and 23 (a), appellant's enumeration of error and brief were required to be filed in this court on or before October 15, 2012. As of the date of this order, no enumeration of errors and brief have been filed in this court.

Therefore, this appeal is DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 05/20/2013
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*


, *Clerk.*